UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

**Entered on Docket**
**November 25, 2009**

_____
Hon. Linda B. Riegle
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, NA Trustee under Pooling and Servicing agreement dated as of September 1, 2005
ABFC Asset-Backed Certificates, Series 2005-WMC1
09-76148

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-19650-lbr |
| Vanessa Monegan | Date: 11/12/09<br>Time: 10:00am |
| Debtor. | Chapter 13 |

1

## ORDER VACATING AUTOMATIC STAY

2          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4  Secured Creditor Wells Fargo Bank, NA Trustee under Pooling and Servicing agreement dated as of

5

6  September 1, 2005 ABFC Asset-Backed Certificates, Series 2005-WMC1, its assignees and/or

7  successors in interest, of the subject property, generally described as 5846 Gentleslope St., Henderson,

8  NV 89011.

9          IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

10  Debtors and Trustee at least five business days' notice of the time, place and date of sale.

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

1    IT IS FURTHER ORDERED that in the event a Notice of Default has been recorded against

2  this particular property there can be no sale for sixty (60) days, allowing the Debtor(s) to submit a copy

3  of this order to the State of Nevada, foreclosure Mediation program, and the Order will be construed as

4  an agreement between the Secured Creditor and Debtor(s) that they have voluntarily agreed to a

5

6  mediation under the Nevada State Foreclosure Mediation program pursuant to Rule 6 of said progam.

7  The necessary information can be accessed at http://www.nevadajudiciary.us/

8        DATED this _____ day of _____, 2009.

9  Submitted by:
   **WILDE & ASSOCIATES**

10

11  By _____ #10235

12    **GREGORY L. WILDE, ESQ.**
      Attorney for Secured Creditor
13    208 South Jones Boulevard
      Las Vegas, Nevada 89107

14
    APPROVED / DISAPPROVED
15

16  _____
    George Haines
17  1020 Garces Avenue
    Suite 100
18  Las Vegas, NV 89101
    Attorney for Debtor(s)
19
    APPROVED / DISAPPROVED
20

21  _____
    Kathleen A Leavitt
22  201 Las Vegas Blvd., So. #200
    Las Vegas, NV  89101
23  Chapter 13 Trustee

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
_____ The court waived the requirements of LR 9021.
_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
        unrepresented  parties who appeared at the hearing, and any trustee appointed in this case,
        and each has approved or disapproved the order, or failed to respond, as indicated below
        (list each party and whether the party has approved, disapproved, or failed to respond to the
        document):

(List Parties)
Debtor's counsel:

_____ approved the form of this order              _____ disapproved the form of this order

_____ waived the right to review the order and/or    __X__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order              _____ disapproved the form of this order

_____ waived the right to review the order and/or    __X__ failed  to respond to the document

Other Party:_____

_____ approved the form of this order              _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed  to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of

        this proposed order were transmitted to Debtor's counsel and appointed trustee to which

        they have not replied


Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor